# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-194
Lower Tribunal No. 12-31957

————————

## **Guy Hannion and Laurence Rosset Hannion,**
Appellants,

vs.

## **HSBC Bank USA, National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan S. Fine, Judge.

Jacobs Legal, PLLC, and Bruce Jacobs, for appellants.

McGlinchey Stafford and William L. Grimsley and Kimberly Held Israel and Amy B. Kisz (Jacksonville), for appellee.

Before SCALES, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.